**Order entered February 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01619-CV

**MARTIN ONTIVEROS AND MARICELLA ROJAS, ET AL., Appellant**

**V.**

**ONCOR ELECTRIC DELIVERY, ET AL., Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02693**

## ORDER

The Clerk's record in this case is incomplete.  The Court **ORDERS** Felicia Pitre, District Clerk of Dallas County, Texas to file within five days of the date of this order a supplemental clerk's record including the motions for summary judgment filed on July 31, 2014 and August 4, 2014.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE